RECEIVED
JJ
5/31/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Jabari-Abdu: Walker; )
Plaintiff )
v. )
)
J.B. PRITZKER in his official capacity; THE CITY )
RICHARD IRVIN in his individual and official )
capacity; KEITH CROSS in his individual and )
official capacity; OFFICER CATUVU; OFFICER )
OBRIEN; JOHN DOE 1 in their individual and )
official capacities; )
Defendants. )

1:22-CV-02857

JUDGE SEEGER
MAGISTRATE JUDGE FINNEGAN

**COMPLAINT**

1. Mr. Walker in his own living and breathing soul complains against Defendants and seeks remedy for depriving and violating Mr. Walker[1] of his inalienable, constitutional and civil rights under common Law and color of Law.

**PARTIES**

2. Plaintiff Jabari-Abdu: Walker is an Illinoisan, a living man and inhabitant of Aurora, Illinois.

3. J.B. PRITZKER is the Governor of Illinois. The Illinois Constitution, Article V, Section 8, states that "The Governor shall have the supreme executive power, and shall be responsible for the faithful execution of the laws." The purpose of the Office is to ensure proper execution of the laws in Illinois.

4. RICHARD IRVIN holds the office of Mayor of Aurora, Illinois and is a person.

5. The CITY OF AURORA ("the City") is a municipal corporation under the Laws of the Constitution for the United States of America and is located in the Northern District of Illinois. It is authorized under the laws of the State of Illinois to maintain the AURORA POLICE

[1] See Exhibit 1 made and incorporated as a part of this complaint

DEPARTMENT ("APD"), which acts as the City's agent in the area of municipal law enforcement, and for which the City is ultimately responsible.

6. Defendant Police Officers CATUVU; OBRIEN, KEITH CROSS, and JOHN DOE 1 are employed by City of Aurora. Each officer is sued in his individual capacity for violating the inalienable, constitutional and civil rights of Mr. Walker.

7. The Defendant Officers acted under color of state law as police officers of the City of Aurora, and also acted in the course and within the scope of their employment.

**JURISDICTION AND VENUE**

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(a)(3), (4), 1367; and 42 U.S.C §1983, 42 U.S.C §1985 (3) and the Civil Rights Act of 1871.

9. Venue lies in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2).

10. Declaratory relief is authorized by 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 and Injunctive relief is authorized by Federal Rule of Civil Procedure 65.

**STATEMENT OF FACTS**

11. On June 2nd, 2020 City of Aurora Police Officer, Catavu went to 711 Charles Street in Aurora, IL to allegedly investigate fireworks on a private property that belonged to Mr. Walker.

12. Officer Catavu walked up to the property and demanded the kids to stop with the fireworks.

13. Mrs. Walker, Mr. Walker's wife said ok and Officer Catavu walked away.

14. Mr. Walker was in the back yard draining the pool came out to the front of the property.

15. Mr. Catavu who was approximately two houses away saw Mr. Walker and then turned around and came back and started questioning Mr. Walker and requesting hid I.D. without probable cause that he had or was about to commit a crime.

16. Mr. Walker asked Mr. Catavu why he needed to see his I.D. and then said it's in the house.

17. Officer Catavu then proceeded to follow Mr. Walker and attempted to go into the house behind Mr. Walker battering Mrs. Walker in the process.

18. Mr. Walker closed the door behind him because he has security guard dogs as there are signs posted on the property and he did not want his dogs to get shot by Officer Catavu.

19. Officer Catavu did this in the presence of Mr. Walker's nephews and children.

20. Mr. Walker came back outside the property from the side of the house recording the incident.

21. Officer John Doe 1 arrived on the scene saying that everyone needs to talk rationally and use inside voices.

22. As soon as Officer John Doe 1, arrived Officer Catavu put Mr. Walker in handcuffs while Mrs. Walker explained what the events that had previously transpired.

23. Officer John Doe 1 told Mrs. Walker mockingly she obviously didn't know the law when she explained to him how Officer Catavu violated her husband's rights.

24. Officer John Doe 1 continued to mock Mrs. Walker and told her they (police officers) can come over to her property anytime they want to.

25. Additional Officers including Obrien arrived on the scene to back up Officer Catavu for the unlawful and illegal arrest of Mr. Walker.

26. Mr. Walker was subsequently transported to the Aurora Police Department and charged with endangering the life or health of a child and obstructing a peace officer.

27. Upon information and belief, one of the officers contacted Department and Children Family Services (DCFS) as they are mandated to report this information.

28. Mr. Walker posted bond on June 2, 2020..

29. On June 2, 2020, a protest was planned at the Aurora Police Department to rally and protest the unlawful and discriminatory arrest of Mr. Walker.

30. Prior to the rally, Richard Irvin announced the charges would be dropped.

31. Richard Irvin and Keith Cross called Mr. Walker at his home apologizing for the arrest, and it all will be taken care of and not to worry about it.

32. Mr. Walker said an apology can't make DCFS go away.

33. On June 3, 2020, DCFS opened an investigation against Mr. and Mrs. Walker, as well as the parents of Mr. Walkers' nephews who are the property when the event took place.

34. The incident made local and statewide news.

35. Then on or about June 3rd or 4th, Melvin Pegues, the brother of Richard Irvin called Mr. Walker's phone asking him to leave the matter alone regarding the unlawful arrest.

36. Mr. Pegues then drove to Mr. Walkers house to discuss the matter further and upon information and belief realized Mr. Walker's rights were violated.

37. Richard Irvin was trying to intimidate and coerce Mr. Walker to not file suit against the City by sending his brother Melvin Pegues, an acquaintance of Mr. Walker.

38. The City of Aurora through the APD has a policy of harassing individuals like Mr. Walker who they deem are gang members or troublemakers.

39. Governor Pritzker failed to protect the rights of Mr. Walker even though it is his duty and responsibility for the faithful execution of the Laws meaning the protection of the Citizens and Illinoisans like Mr. Walker.

**Count I: Fourth Amendment, 42 U.S.C. § 1983**
**Unlawful Seizure-All Defendants**

40. The allegations of paragraphs 1-39 are realleged and incorporated by reference as fully set forth herein.

41. At all times relevant to this claim, the officers were acting under color of state law in their capacities as Aurora law enforcement officers.

42. Defendant Catavu seized Mr. Walker when he handcuffed him and this seizure did not end until Mr. Walker's case was dismissed.

43. Defendants did not have a reasonable suspicion that Mr. Walker had committed, was committing, or was about to commit a crime at any time during the seizure of Mr. Walker.

44. Defendants intentionally and unlawfully patted down and searched Mr. Walker without reasonable suspicion, probable cause, consent, or any other lawful justification.

45. Defendants did not have reasonable suspicion to believe that Mr. Walker was concealing a weapon or otherwise posed any danger to the other officers or others at the time he was patted down and handcuffed.

46. Defendants acted under the color of law when they searched and seized Mr. Walker.

47. The actions of Defendants described herein violated the rights of Mr. Walker to be free from unlawful searches and seizures which in an inalienable right guaranteed and enforced by the Fourth Amendment of the United States Constitution.

48. Mayor RICHARD IRVIN and Governor J.B. PRITZKER are mandated by Article VI Oath of Fidelity to ensure that the persons named in this complaint as Police Officers did not violate Mr. Walker's rights in which they failed to do. Because of their Oaths, they are liable for the violations of Mr. Walker's inalienable, constitutional and civil rights.

**Count II: Fourth Amendment, 42 U.S.C. § 1983**
**False Arrest-All Defendants**

49. The allegations of paragraphs 1 through 48 are realleged and incorporated by reference as fully set forth herein.

50. Defendants arrested Mr. Walker without probable cause.

51. Defendants acted under color of law when they arrested Mr. Walker without probable cause.

52. The actions of the Defendants herein violated the rights of Mr. Walker to be fee from unlawful and false arrests which is an inalienable guaranteed and enforced by the Fourth Amendment of the United States Constitution.

**Count III: Fourth Amendment, 42 U.S.C. § 1983**
**Failure of Bystander Officers to Intervene in Unconstitutional Conduct**
**Defendant Police Officers and City of Aurora (Not Keith Cross)**

53. The allegations of paragraphs 1 through 52 are realleged and incorporated by reference as fully set forth herein.

54. As alleged in Count I-II, Defendants violated Mr. Walker's rights.

55. The bystander Defendants who were present did not participate in the violations of Mr. Walker's constitutional rights knew that other Defendants other Defendants were about to violate Mr. Walker's rights.

56. The bystander Defendants had a realistic opportunity to do something to prevent the harm from occurring to Mr. Butler.

57. The bystander Defendants failed to take reasonable steps to prevent harm from occurring to Mr. Walker.

58. The Defendants' bystanders failure to act caused Mr. Walker to suffer harm.

**Count IV: The Klu Klux Klan Act 42 U.S.C. § 1985 (3)**
**All Defendants**

59. The allegations of paragraphs 1 through 58 are realleged and incorporated by reference as fully set forth herein.

60. 42 U.S.C. § 1985(3) provides Mr. Walker with a cause of action against private conspiracies to violate constitutional rights. The "Ku Klux Klan Act," enacted as part of the Civil Rights Act of 1871 and now codified as 42 U.S.C. § 1985(3). The Act permits an aggrieved Citizen, like Mr. Walker to sue private individuals who have conspired to deprive the citizen of constitutional rights.

61. To state a cause of action, Mr. Walker must allege that the defendants did (1) 'conspire or go in disguise on the highway or on the premises of another' (2) 'for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws.' It must then assert that one or more of the conspirators (3) did, or caused to be done, 'any act in furtherance of the object of [the] conspiracy,' whereby another was (4a) 'injured in his person or property' or (4b) 'deprived of having and exercising any right or privilege of a citizen of the United States.'

62. As alleged in Count I-III Defendants violated Mr. Walker's rights.

63. All Defendants are persons part of a corporation and government conspiracy to deny the rights of Mr. Walker, a free man by creating codes and statutes disguising them as law and enforcing them thereby depriving Mr. Walker of his liberty to raise his children and family

as he so chooses thereby depriving him of his freedom of choice and equal protection of the laws as other free men.

64. Defendants are employed by the State of Illinois corporation and swore an oath to uphold the Constitution of the United States of America which they violated when Mr. Walker was arrested without probable cause and the Mayor and Governor failed to uphold their oath of office.

65. JB PRITZKER as Governor oversees the execution of the corporation state of Illinois which laws are executed and enforced through his policy enforcers, a/k/a Mayor Richard Irvin and the Aurora Police Officers.

66. Mayor RICHARD IRVIN is the overseer of Aurora and ensures these laws are enforced which he does through the Aurora Police Department.

67. Both JB PRITZKER and Mayor RICHARD IRVIN are aware that all men are by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consent of the governed.

68. That Officer Catavu, JOHN Doe 1, and Obrien went on the private property of Mr. Walker and then unlawfully charged him under statutes 720 ILCS5/12C-5(a) and 720 ILCS 5/31-1(a). This was an act in further of the conspiracy to deny Mr. Walker his rights as a free man to be free from intrusion on his property from unwelcomed persons and to raise his children and family as he so chooses. Officer Catuva in furtherance of the conspiracy filed false charges against Mr. Walker thus obstructing justice and committing perjury.

69. In furtherance of the conspiracy, Mayor RCHARD IRVIN s had the case removed from the Circuit Clerk docket so there is no written record of Mr. Walker ever being charged on June 2, 2020.

70. Mr. Walker was injured because he went to jail, had to pay a ransom/bond, has a DCFS case opened against him, caused him humiliation, embarrassment, and loss of consortium.

71. Mr. Walker was denied of his inalienable right to liberty and the pursuit of happiness as well as to be free from the government infringing upon his rights which they infringed upon on June 2, 2020 when Mr. Walker was kidnapped from his home and forcefully removed in handcuffs.

**Count V: Badge and Incident of Slavery 13th Amendment**
**All Defendants**

72. The allegations of paragraphs 1 through 71 are realleged and incorporated by reference as if fully set forth herein.

73. Nearly 300 years ago people of African descent were forcibly brought to Illinois as slaves.

74. Like the French, the British had long-standing laws for regulating slaves of African descent in the Metro East of Illinois; beginning with the Barbados Slave Code of 1661, the British continued to revise their Slave Codes in various jurisdictions and ultimately shaped the body of law supporting Slave Codes and Black Laws in Illinois.

75. In 1809, propelled by its slave labor, Illinois 7 became its own territory after being severed from Indiana Territory; people of African descent in the new Illinois Territory continued to be subjected to the body of law contained in the Indiana Slave Codes.

76. The 1818 Illinois Constitution additionally limited the right to vote to free white men, excluding all others; Illinois also constitutionally excluded people of African descent from

serving in the militia; in other words, Illinois would not be policed by anyone of African descent and would remain a slave state.

77. The initial legislatures followed the examples of the French and British Slave Codes and their own beliefs when they created Black Codes, effectively establishing two classes of citizenship in Illinois; the new legislatures, sitting in Vandalia, focused on restricting the movement of people of African descent.

78. The new legislatures passed laws requiring people of African descent to produce on demand a Certificate of Freedom, verifying that they were a free person of color; people of African descent were additionally required to post a bond guaranteeing their good behavior under the new Black Codes.

79. According to the Illinois Secretary of State's archives, "The 1853 Black Law passed in Illinois was considered the harshest of all discriminatory Black Laws passed by Northern states before the Civil War.

80. The 1853 Black Law served as grinding reminders of apartheid intentions and legal subjugation, and they offered white authorities and mobs excuses for harassment and violence against blacks."

81. Moreover, these laws solidified the position that Illinois had two sets of citizens, those of European descent, or first class citizens, and people of African descent, or second class citizens.

82. The regressive policies of the State of Illinois relating to people of African descent are well documented and date back 300 years.

83. The Officer who asked Mr. Walker for his ID and attempt to enter his property is a badge and incident of slavery that violates the 13th Amendment. It has the same lingering

effect as the slave codes and black laws of Illinois.

84. The mob of Officers on Mr. Walker's property and failure to intervene is a badge and incident of slavery that violates the 13th Amendment.

85. The unlawful arrest and made up charges of child endangerment as well as resisting or obstructing a peace officer is a badge and incident of slavery.

86. Governor JB PRITZKER is aware of this history of Illinois and failed to protect the rights of Mr. Walker which is historically what the Governors of Illinois did when it came to people of perceived African descent like Mr. Walker.

87. Historically when persons of European descent were caught violating the rights of freemen like Mr. Walker, they would send a Negro like Keith Cross and Richard Irvin to represent the "Black" interest and offer weak apologies but offer no remedy like RICHARD IRVIN and KEITH CROSS did in Mr. Walkers situation.

88. The police officers acted in a manner similar to how the slave patrols and slave catchers acted under the black laws and slave codes in Illinois.

89. For the reasons stated in the complaint, the Defendants violated the 13th Amendment.

**Count IX: Intentional Infliction of Emotional Distress All Defendants**

90. The allegations of paragraphs 1 through 89 are realleged and incorporated by reference as if fully set forth herein.

91. Defendants' conduct described herein was extreme and outrageous.

92. Defendants intended to cause Mr. Walker emotional distress and/or recklessly disregarded the probability of causing Mr. Walker emotional distress.

93. Mr. Walker suffered severe and/or extreme emotional distress learning his wife was assaulted by the police when they trespassed upon his property, illegally arrested him and committed assault and battery

94. Mr. Walker was severely and emotional distressed by being arrested in front of his family and neighbors as several police cars were outside his home.

95. In addition, DCFS opened up an investigation that was humiliating and caused Mr. Walker fear not knowing how the investigation would end and if his children would be subject to ongoing questioning and harassment.

96. Mr. Walker's severe and emotional distress was proximately caused by Defendants' outrageous conduct described in the preceding paragraphs.

97. Based upon the foregoing, Defendants are liable for the Illinois common law tort of intentional infliction of emotional distress.

98. The individual Defendants' conduct described above was extreme and outrageous and were rooted in an abuse of power or authority. Defendants intended to cause, or recklessly disregarded the probability that theirconduct would cause, severe emotional distress to Mr. Walker..

**COUNT XII – Indemnification**
**(State Law Claim Against the State of Illinois and City of Aurora)**

99. Paragraphs 1 through 98 are incorporated as though fully stated herein.

100. Illinois law provides that public entities are directed to pay ant tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

101. Governor JB PRITZKER is an employee of the State of Illinois who acted within the scope of his employment in committing and allowing the misconduct described herein.

102. Mayor RICHARD IRVIN is an employee of the State of Illinois and the APD Defendants are employees of Defendant City of Aurora who acted within the scope of their employment in committing the misconduct described above.

103. The State of Illinois and the City of Aurora are thus liable under the theory of indemnification.

**PRAYER FOR RELIEF**

WHEREFORE, Mr. Walker respectfully requests the following relief:

A. A declaratory judgment that Defendants violated Mr. Walker's right to be free from unreasonable searches, seizures, and invasions of privacy guaranteed by the Fourth Amendment of the United States Constitution;

B. A declaratory judgment that Defendants actions are a badge and incident of slavery;

C. Compensatory damages, in an amount to be ascertained at trial;

D. Punitive damages, in an amount to be ascertained at trial, for Defendants' intentional and/or willful and wanton conduct described herein;

E. Attorneys' fees, costs, and expenses, pursuant to 42 U.S.C. § 1988, and

F. Such other and further relief as this Court may deem just and proper.

Dated May 31, 2022

JURY TRIAL DEMANDED

Respectfully submitted

By: /s/ Jabari-Abdu: Walker

Jabari-Abdu: Walker
710 Charles Street
Aurora, IL 60505
mwalker6712@comcast.net

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Jabari-Abdu: Walker;
Plaintiff
v.

GOVERNOR J.B. PRITZKER in his official capacity; THE CITY OF AURORA, RICHARD IRVIN in his individual and official capacity; KEITH CROSS in his individual and official capacity; OFFICER CATUVU; OFFICER OBRIEN; JOHN DOE 1 in their individual and official capacities;
Defendants.

**AFFIDAVIT OF FACT AND TRUTH**

COMES NOW **Jabari Abdu: Walker,** the natural living flesh and blood man, a peaceful American National on the land, under oath, who states that the following information is of his own personal knowledge, and belief.

1. **THAT** the Affiant is a flesh and blood man, and is sovereign in a collective capacity with other sovereigns as a private, non-resident, non-domestic, non-person, non-individual, NOT SUBJECT to any real or imaginary statutory regulations or quasi laws enacted by the Illinois state legislature which was created by the people which Affiant is "one of the people"

2. **THAT** the Affiant's rights "existed by the law of the land long antecedent to the organization of the State." *Hale v. Henkel* - 201 U.S. 43, 26 S. Ct. 370 (1906).

3. **THAT** the Affiant's rights exist even in light of the U.S. Bankruptcy *aka* The National Emergency and that includes the right of redemption.

4. **THAT** Article 21 of the United Nations' 1948 Universal Declaration of Human Rights states that "The will of the people shall be the basis of the authority of government."

5. **THAT** the Preamble to the Illinois Constitution states "We, the People of the State of Illinois" and the Affiant is *"one of we the people"* and is above the corporate government called the "State of Illinois"/STAE OF ILLINOIS, operating in a de-facto bankrupt bankrupt capacity/status.

6. **THAT** under Section 1 of the Illinois Constitution, "All men are by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness" and the Affiant as one the men is by nature free and independent.

7. **THAT** on the 2nd of June the year of our Lord 2020, Officer Catavu, Officer Obrien, Officer John Doe 1 breached the peace when they trespassed upon my land, which is private property without probable cause.

8. **THAT** the defendants in the complaint filed are person(s).

9. **THAT** while unlawfully on my land and property, Officer Catavu, Officer Obrien, Officer John Doe 1 in mob action similar to the Klu Klux Klan and assaulted my wife in front of my children and nephew causing permanent spiritual damage which is a violation of 720 ILCS 5/25-1.

10. **THAT** said mob action was done by gang members of the Aurora Police Department as defined by statute. 740 ILCS 147/10.

11. **THAT** RICHARD IRVIN is the leader of the Aurora Police Department gang and authorizes and or allows them to terrorize the community.

12. **THAT** under his and Governor JB PRITZKER's authority and control, said Officers in ¶ 7 assaulted and battered Affiant, unlawfully searched, seized, and falsely arrested Affiant.

13. **THAT** said actions of the defendants caused the Department of Children and Family services to open up an investigation regarding how Affiant and Affiant's wife raise their children causing humiliation, shame, severe anxiety, and severe emotional distress.

14. **THAT** the actions of said defendants were a direct and proximate cause of the emotional, spiritual and actual injuries that will forever be a memory embedded in my families' history.

15. **THAT** Affiant has been damaged in excess of $1,000.000.00 for the spiritual damage that has been going on for over 300 years in Illinois that has created generational trauma through generations of Governors, Mayors, and policy enforcers aka police officers.

16. **THAT** Affiant is a descendent of those who have been tortured, abused, unlawfully searched, seized and false arrested and has been unable to heal because the violence is still happening as evident by the June 2nd, 2020 incident that took place against Affiant.

All Rights Reserved

Jabari Abdu Walker ©
c/o 710 Charles Street
Aurora, IL near [60506]

Subscribed To and Sworn To Before God [Titus 1:2] this 31st day of May 2022.

**Witness Verification by Public Notary:**

**ILLINOIS** )
) **ss.**
**Kane County** )

Today, I was visited by the Witness whose signature appears above, and they were properly identified to me and they did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this 31st day of May in the year of 2022.

Natalie M Bonner Notary; my commission expires on: November 21, 2022

NATALIE BONNER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 21, 2022