1:22-CV-02857

FILED
5/31/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Jabari-Abdu: Walker
(full name of plaintiff or petitioner)

vs.

JB Pritzker; City of Aurora; et al
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)

Case number: _____

JUDGE SEEGER
MAGISTRATE JUDGE FINNEGAN

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1. *Are you employed?*
   ___ Yes   Name and address of employer: _____
   Total amount of monthly take-home pay: _____
   [X] No   Date(s) of last employment: 2014   Last monthly take-home pay: _____

2. *If married, is your spouse employed?*   ___ Not married
   [X] Yes   Name and address of spouse's employer: Self Employed
   Total amount of spouse's monthly take-home pay: _____
   ___ No   Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession: $ 34,000
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money:** $ _____

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? _X_ Yes ___ No  If yes, how much? $90.00

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? _X_ Yes ___ No

   If yes, list each item of property and state its approximate value:
   710 Charles Street - 180,000

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? _X_ Yes ___ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   J.W - 11

7. *Debts and financial obligations*: List any amounts you owe to others:
   140,000 PNC  $2,100 A month
   $180.00 Car note
   Household Debt $1,100

8. *Provide any other information that will help explain why you cannot afford to pay court fees/hire an attorney*:
   Barely making it. We juggle our Bills every month payment arrangements and past due notice

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 5-31-22

_____
Applicant's signature

Jabari Walker
Printed name